**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 20, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00591-CR

---

### IN RE JOSHUA JOHNSTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 90672-CR**

---

## MEMORANDUM OPINION

On August 19, 2024, relator Joshua Johnston filed a petition for writ of mandamus and motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Greg Hill, presiding judge of the 239th District Court of Brazoria County, to vacate his August 16, 2024 order denying relator's motion for

continuance. In the motion for temporary relief, relator seeks to stay the jury trial set to commence on August 19, 2024.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Additionally, we deny his motion for temporary relief.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).

2